**FILED**
APR 05 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### ORDER AND INSTRUCTIONS FOR PERFORMING COMMUNITY SERVICE

DEFENDANT: Shalisha D. Auberry

CITATION / CASE NUMBER: 4424952/CA14; 4424953/CA14; 4424954/CA14     5:16-po-00007-JLT  5:16-po-00011-JLT

SENTENCING DATE: 4/5/2016

OFFENSE(S): Expired registration; No proof of insurance; Driving on suspended license

It is the JUDGMENT of the Court that defendant is to complete __100__ hours of community service not later than February 5, 2017.

Defendant may perform the required volunteer service at any non-profit organization which serves a valid community need. The organization may not discriminate on the basis of race, religion, age or sex. The Volunteer Bureaus listed in your local telephone book may be able to assist you. <u>The defendant must pay any required fees</u>.

You are hereby advised that failure to abide by this Order will be a violation of your sentence and may result in a Warrant for your arrest.

I understand and agree to abide by the terms of this Order.

Dated: 4-5-16

_____
Signature of Defendant

IT IS SO ORDERED.

/s/ Jennifer L. Thurston
Jennifer L. Thurston, U.S. Magistrate Judge

---

A copy of this document is to be completed by the director or agency representative of the Volunteer Bureau regarding the defendant's community service at said organization and returned to the Court at the address below.

I certify the above-named defendant completed _____ hours of community service on _____.

Dated: _____     _____
Signature of Agency Representative

AGENCY NAME, ADDRESS & TELEPHONE NUMBER:

_____
_____
_____
_____

Return this form within ten (10) days of completion of the community service to:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
510 19TH STREET, SUITE 200
BAKERSFIELD, CA 93301

Telephone:   (661) 326-6624
Fax:         (661) 327-4921
Email:       shall@caed.uscourts.gov